MARIA E. HOWE, Respondent, *v.* INTERNATIONAL RAILWAY COMPANY OF BUFFALO, Appellant.

*Howe* v. *International Railway Co.*, 145 App. Div. 908, affirmed.
(Argued January 21, 1913; decided February 4, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 28, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.

*Dana L. Spring* for appellant.

*Nathaniel W. Norton* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.

---

BAKER CART COMPANY, Respondent, *v.* JAMESVILLE MANUFACTURING COMPANY, Appellant.

*Baker Cart Co.* v. *Jamesville Manfg. Co.*, 142 App. Div. 928, affirmed.
(Submitted January 21, 1913; decided February 4, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 24, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for an alleged breach of an executory contract.

*Leroy B. Williams* for appellant.

*H. R. Durfee* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.